CA-B-01-158

**United States District Court**
**Southern District of Texas**
**FILED**

| RETURN OF SERVICE | | OCT 2 9 2001 |
|---|---|---|
| Service of the Summons and Complaint was made by ? | Date *10-16-2001* *12:49 PM* | **Michael N. Milby** **Clerk of Court** |
| NAME OF SERVER (PRINT) *ED H. FINK* | Title *PROCESS SERVER* | |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served. *2445 SOUTHMOST RD. BROWNSVILLE, TX*

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

_____

_____

[ ] Returned unexecuted: _____

_____

[ ] Other (specify) : _____

_____

_____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on *10-17-01*
Date

Signature of Server

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2002

SUBSCRIBED AND SWORN TO ME
ON THE __ DAY OF OCT 19 01

NOTARY PUBLIC

*204 W. FERGUSON #108, PHARR, TX 78577*
Address of Server

ClibPDF - www.fastio.com