5

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *versus* | § | Civil Action B-01-158 |
| Rosalinda Torres | § § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court hereby makes an entry of default against Rosalinda Torres in that the defendant has not filed an answer or other responsive pleading in this cause.

Default is hereby entered as against the defendant this  3Rd  day of  December , 2001.

Michael N. Milby, Clerk
_____
United States District Clerk

By *[signature]*
Deputy Clerk