UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 2 7 2002

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-01-158 |
| | § | |
| ROSALINDA TORRES | | |

## O R D E R

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A.  The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B.  Plaintiff's Motion for Default Judgment (Pleading No. 6) is hereby GRANTED; and

C.  Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

**Debt 1:**

1.  Principal Balance as of April 21, 1999          $ 2,829.11
2.  Interest as of April 21, 1999                   $ 1,937.59
3.  Administrative Fees, Costs, Penalties           $     0.00
4.  Attorney's Fees                                 $   500.00
5.  Pre-Judgment Interest Rate Per annum                8.41%
6.  Daily Accrual:                                  $     0.65
7.  Balance Due After Credits (including attorney's fees)  $ 5,266.70
8.  Post Judgment Interest equals  2.24 % per annum

**Debt 2:**

| | | | |
|---|---|---|---:|
| 1. | Principal Balance of April 21, 1999 | $ | 2,349.42 |
| 2. | Interest of April 21, 1999 | $ | 838.17 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 500.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | | 8.41% |
| 6. | Daily Accrual | $ | 0.54 |
| 7. | Balance Due After Credits (including attorney's fees) | $ | 3,687.59 |
| 8. | Post Judgment Interest equals _2.24_ % per annum | | |

DONE in Brownsville, Texas, this _26th_ of _February_ 2002.

_____
Hilda G. Tagle
United States District Judge

2