UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-01-158 |
| Rosalinda Torres | § | |

Motion for Entry of Agreed Judgment

The United States of America for the entry of the Agreed Judgment filed with the court.

1. After the United States filed its Motion for Default Judgment and before the Judgment was entered, the parties entered a settlement of this action.

2. The Agreed Judgment submitted to the court awards a lower amount of attorney's fees against defendant.

3. The United States requests that the Judgment entered on February 27, 2002, be vacated and the parties' agreed judgment be entered as the judgment of the Court.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for defendant (or defendant if not represented by counsel) in accordance with the Federal Rules of Civil Procedure on this _28th_ day of _February_, 2002.

_[signature]_

## CERTIFICATE OF CONFERENCE

This Motion is agreed to as evidenced by the parties' execution of the proposed Agreed Judgment filed with the Court.

_[signature]_