/0

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-158 |
| | * | |
| ROSALINDA TORRES | * | |

## ORDER GRANTING AGREED
## MOTION TO VACATE ORDER

On this day came on to be considered the parties' Agreed Motion to Vacate the Order entered on February 27, 2002, in the above-captioned cause of action. The Court, having considered said motion, finds that said motion should be and is hereby GRANTED. An agreed judgment will be entered.

DONE at Brownsville, Texas, on \_\_\_7\_\_\_ day of March 2002.

Hilda G. Tagle
United States District Judge