11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| versus | § | Civil Action B-01-158 |
| | § | |
| Rosalinda Torres | § | |

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from Rosalinda Torres:

    A.    $4,756.70, plus

    B.    Prejudgment interest from April 21, 1999, at $0.65 per day until the date of judgment, plus

    C.    $3,187.59, plus

    D.    Prejudgment interest from April 21, 1999 at $0.54 per day until the date of judgment, plus

    E.    Attorney's fees of $550.00 and all costs of court, plus

    F.    Post-judgment interest at  2.28  % per annum.

Signed  March 7 , 2002.

_____
United States District Judge

AGREED:


_____
Rosalinda Torres

_____
Attorney for the United States